Filed 1/12/23  P. v. Hernandez CA4/3

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | G061511 |
| v. | (Super. Ct. No. 21WF3124) |
| ANTONIO HERNANDEZ, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from an order of the Superior Court of Orange County, Kazuharu Makino, Judge.  (Retired Judge of Orange Super. Ct. assigned by the Chief Justice pursuant to art. VI, § 6 of the Cal. Const.)  Affirmed.

Heather E. Shallenberger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\*        \*        \*

Defendant Antonio Hernandez appeals from his conviction for attempted murder and child abuse and endangerment, which was obtained via a guilty plea. We appointed counsel to represent him. Appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), setting forth the facts of the case and requesting that we review the entire record. Counsel declined to identify an issue to assist us in conducting our independent review, pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*). Defendant was given the opportunity to file written argument on his own behalf, but he has not done so.

We have reviewed counsel's brief and have examined the record in accordance with our obligations under *Wende* and *Anders*. We find no arguable issues on appeal and therefore affirm. (*Wende*, *supra*, 25 Cal.3d 436.)

FACTS

Defendant was charged with attempted murder and child abuse and endangerment, along with enhancements for personal use of a deadly weapon and infliction of great bodily injury in a domestic violence situation.

Defendant pleaded guilty pursuant to an offer by the prosecution to limit his sentence to a maximum of five years in state prison. The trial court accepted the plea and imposed a sentence of five years in state prison. Defendant timely appealed and sought, but was denied, a certificate of probable cause.

DISCUSSION

We have examined the record in accordance with our obligations under *Wende* and *Anders*, and we find no arguable issues on appeal. Defendant himself has not filed a supplemental brief raising any issues for our review. (*People v. Kelly* (2006) 40 Cal.4th 106, 110, 120, 124.) There are no issues suggested by counsel for us to consider.

## DISPOSITION

The judgment is affirmed.


SANCHEZ, J.

WE CONCUR:


O'LEARY, P. J.


GOETHALS, J.

3